# **CERTIFICATION PURSUANT TO D.N.J. LOCAL RULE 11.2**

Pursuant to D.N.J. Local Rule 11.2, it is hereby stated that the matter in controversy between the parties is not subject to any other action pending in any other Court or of a pending arbitration proceeding other than the state court action removed by this notice: Case BER-L-000770-24 in the Superior Court of New Jersey, Law Division, Bergen County.

Dated: March 22, 2024                                   /s/ *Kevin M. McDonough*
                                                                                                                Kevin M. McDonough, Esq.