# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>     v.<br><br>COSTAR GROUP, INC., COSTAR REALTY INFORMATION, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | CASE NO. 24-4111 |

## CERTIFICATE OF SERVICE

I, Kevin M. McDonough, hereby certify that on March 22, 2024, I caused true and correct copies of the: (1) Notice of Removal from Superior Court of New Jersey, Bergen County, dated 3/22/2024; (2) Civil Cover Sheet, dated 3/22/2024; and (3)

D.N.J Local Rule 11.2 Statement to be served via electronic mail, pursuant to an agreement between counsel upon:

| | |
|---|---|
| Genova Burns LLC | Morgan & Morgan |
| Rajiv D. Parikh, Esq. | John A. Yanchunis |
| Kathleen Barnett Einhorn, Esq. | Ryan J. McGee |
| 494 Broad Street | Melissa Hill |
| Newark, NJ 07102 | 201 N. Franklin St., 7th Floor |
| T: (973) 533-0777 | Tampa, FL 33602 |
| rparikh@genovaburns.com | T: (813) 223-5505 |
| keinhorn@genovaburns.com | jyanchunis@forthepeople.com |
| | rmcgee@forthepeople.com |
| | melissahill@forthepeople.com |

*Counsel for Plaintiffs*

Dated: March 22, 2024                          LATHAM & WATKINS LLP

By: /s/ *Kevin M. McDonough*
         Kevin M. McDonough