# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as an assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement office,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and PETER ANDREYE, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>COSTAR GROUP, INC., COSTAR REALTY INFORMATION, INC., RICHARD ROES 1-10, *fictious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br>　　　　Defendants. | CASE NO. 24-4111 <br><br> **DEFENDANTS COSTAR GROUP, INC. AND COSTAR REALTY INFORMATION, INC.'S CORPORATE DISCLOSURE STATEMENT** |

US-DOCS\149410837.2

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Defendant CoStar Realty Information, Inc. hereby discloses that it is a wholly owned subsidiary of CoStar Group, Inc. Defendant CoStar Group, Inc. hereby discloses that it is a publicly traded corporation. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: March 22, 2024 | **LATHAM & WATKINS LLP** |
| | /s/ *Kevin M. McDonough* |
| | Kevin McDonough (ID: 41892005) |
| | Serrin Turner (*pro hac vice forthcoming*) |
| | LATHAM & WATKINS LLP |
| | 1271 Avenue of Americas |
| | New York, NY 10020 |
| | Telephone: (212) 906-1200 |
| | Email: kevin.mcdonough@lw.com |
| | *Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>COSTAR GROUP, INC., COSTAR REALTY INFORMATION, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | CASE NO. 24-4111 |

## **CERTIFICATE OF SERVICE**

I, Kevin M. McDonough, hereby certify that on March 22, 2024, I caused true and correct copies of the: (1) Defendants' Corporate Disclosure Statement, dated 3/22/2024 to be served via electronic mail, pursuant to an agreement between counsel upon:

| | |
|---|---|
| Genova Burns LLC | Morgan & Morgan |
| Rajiv D. Parikh, Esq. | John A. Yanchunis |
| Kathleen Barnett Einhorn, Esq. | Ryan J. McGee |
| 494 Broad Street | Melissa Hill |
| Newark, NJ 07102 | 201 N. Franklin St., 7th Floor |
| T: (973) 533-0777 | Tampa, FL 33602 |
| rparikh@genovaburns.com | T: (813) 223-5505 |
| keinhorn@genovaburns.com | jyanchunis@forthepeople.com |
| | rmcgee@forthepeople.com |
| | melissahill@forthepeople.com |

*Counsel for Plaintiffs*

Dated: March 22, 2024

LATHAM & WATKINS LLP

By: /s/ *Kevin M. McDonough*
        Kevin M. McDonough