Kevin M. McDonough
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel.: (212) 906-1200
Email: kevin.mcdonough@lw.com
*Attorneys for Defendants CoStar Group, Inc.
and CoStar Realty Information, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as an assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement office,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and PETER ANDREYE,<br><br>        Plaintiffs,<br><br>        v.<br><br>COSTAR GROUP, INC., COSTAR REALTY INFORMATION, INC., RICHARD ROES 1-10, *fictious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>        Defendants. | CASE NO. 2:24-cv-04111-MEF-JBC<br><br>Judge Michael E. Farbiarz<br><br>Magistrate Judge James B. Clark |

## APPLICATION FOR CLERK'S ORDER EXTENDING TIME PURSUANT TO LOCAL RULE 6.1(B)

Application is hereby made for a Clerk's Order, pursuant to L. Civ. R. 6.1(b), extending by 14 days the time within which defendants CoStar Group, Inc. and CoStar Realty Information, Inc. ("CoStar") may answer, move or otherwise respond to the Complaint filed by Plaintiffs herein. It is represented that:

1. No previous extension of time to answer, move, or otherwise respond to the Complaint has been obtained by CoStar.

2. CoStar removed this action to this Court on March 22, 2024.

3. Pursuant to Fed. R. Civ. P. 81(c)(2), CoStar's time to answer, move or otherwise respond to the Complaint expires on March 29, 2024.

4. CoStar respectfully requests, pursuant to L. Civ. R. 6.1(b), a 14-day extension of time within which to answer, move, or otherwise respond to the Complaint, i.e., until April 12, 2024.

Dated: March 28, 2024

**LATHAM & WATKINS LLP**

*/s/ Kevin M. McDonough*
Kevin M. McDonough (ID: 41892005)
Serrin Turner (*pro hac vice forthcoming*)
LATHAM & WATKINS LLP
1271 Avenue of Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: kevin.mcdonough@lw.com
         serrin.turner@lw.com

*Attorneys for Defendants CoStar Group, Inc. and CoStar Realty Information, Inc.*

## **[PROPOSED] ORDER**

The application is GRANTED; the time within which defendant CoStar is required to answer, move or otherwise reply is extended to April 12, 2024.

Dated: March ___, 2024                                By: _____

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2024, I electronically filed the foregoing by using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

/s/ *Kevin M. McDonough*
Kevin M. McDonough
