```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF NEW JERSEY


ATLAS DATA PRIVACY              :   CIVIL ACTION:
CORPORATION, ET AL.             :
                                :   NO. 24-04111
     v.                         :
                                :
COSTAR GROUP, INC., ET AL.      :

                         ORDER
```

AND NOW on this __24th__ day of __April__, 2024 it is hereby ORDERED that the document filed as a motion (ECF#: 9) is hereby DENIED without prejudice with leave to refile in accordance with the District Court of New Jersey Local Rule of Civil Procedure 101.1(c).


                                       BY THE COURT:


                                       _Harvey Bartle III_
                                                          J.