**LATHAM & WATKINS LLP**
Kevin M. McDonough
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: kevin.mcdonough@lw.com

*Attorneys for Defendants*
*CoStar Group, Inc. and CoStar*
*Realty Information, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as an assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement office,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and PETER ANDREYEV, <br><br>            Plaintiffs, <br><br>    v. <br><br>COSTAR GROUP, INC., COSTAR REALTY INFORMATION, INC., RICHARD ROES 1-10, *fictious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br>            Defendants. | Honorable Harvey Bartle, III <br><br> Case No. 1:24-cv-04111-HB <br><br> Motion Day: May 20, 2024 <br><br> **NOTICE OF MOTION FOR ADMISSION OF COUNSEL** ***PRO HAC VICE*** |

**PLEASE TAKE NOTICE** that on May 20, 2024 or as soon thereafter as counsel may be heard, pursuant to Rule 101.1(c) of the Local Rules for the United

States District Court for the District of New Jersey, the undersigned attorney for Defendants CoStar Group, Inc. and CoStar Realty Information, Inc. (together, "Defendants") shall move before the United States District Court, District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, for entry of an Order allowing the admission *pro hac vice* of Serrin Turner, Scott D. Joiner, and Bradley M. Baglien as counsel for Defendants in the above-captioned case.

Defendants shall rely on the accompanying Certifications of Kevin M. McDonough, Serrin Turner, Scott D. Joiner, and Bradley M. Baglien in support of this motion. Oral argument is requested if opposition to this motion is filed. A proposed form of Order is submitted for the Court's convenience.

**WHEREFORE,** it is respectfully requested that the motion for admission of Serrin Turner, Scott D. Joiner, and Bradley M. Baglien *pro hac vice* as counsel for Defendants in the above-captioned matter be granted.

Dated: April 24, 2024

      Respectfully submitted,

      **LATHAM & WATKINS LLP**

      /s/ Kevin M. McDonough
      Kevin M. McDonough
      1271 Avenue of the Americas
      New York, NY 10020
      Telephone: (212) 906-1200
      Facsimile: (212) 751-4864

Email: kevin.mcdonough@lw.com

*Attorneys for Defendants CoStar Group, Inc. and CoStar Realty Information, Inc.*