```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF NEW JERSEY


ATLAS DATA PRIVACY            :   CIVIL ACTION:
CORPORATION, ET AL.           :
                              :   NO. 24-04111
     v.                       :
                              :
COSTAR GROUP, INC., ET AL.    :

                           ORDER
```

AND NOW on this __25th__ day of __April__, 2024 it is hereby ORDERED that the document filed as a motion (ECF#: 15) is hereby DENIED without prejudice with leave to refile in accordance with the District Court of New Jersey Local Rule of Civil Procedure 101.1(c).

BY THE COURT:

_Harvey Bartle III_
                            J.