UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as an assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement office,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>COSTAR GROUP, INC., COSTAR REALTY INFORMATION, INC., RICHARD ROES 1-10, *fictious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Honorable Harvey Bartle, III<br><br>Case No. 1:24-cv-04111-HB<br><br>**ORDER GRANTING ADMISSION OF COUNSEL *PRO HAC VICE*** |

This matter having come before the Court on the application of Kevin M. McDonough of Latham & Watkins LLP, counsel for Defendants CoStar Group, Inc. and CoStar Realty Information, Inc. (together, "Defendants") for the *pro hac vice* admission of Serrin Turner, Scott D. Joiner, and Bradley M. Baglien pursuant to Local Civil Rule 101.1; and the Court having considered the Certifications in support of the application, which reflects that Serrin Turner, Scott D. Joiner, and Bradley M. Baglien satisfy the requirements set forth in Local Civil Rule 101.1(c)(1); and there being no opposition to this application; and for good cause shown:

IT IS on this __29th__ day of __April_____, 2024 ORDERED that

1. Serrin Turner, Scott D. Joiner, and Bradley M. Baglien are hereby granted admission *pro hac vice* to speak for and participate on behalf of the Defendants in this matter in the same manner as attorneys authorized to practice law in this State;

2. Serrin Turner, Scott D. Joiner, and Bradley M. Baglien shall notify the court immediately of any matter affecting their standing at the bar of any court;

3. Serrin Turner, Scott D. Joiner, and Bradley M. Baglien shall, for the duration of the time that they serve as counsel *pro hac vice* in this matter and in accordance with Local Civil Rule 101.1(c)(2), each make annual payments to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey State Court Rule 1:28-2(a);

4. Serrin Turner, Scott D. Joiner, and Bradley M. Baglien shall comply with the provisions of Local Civil Rule 101.1(c)(3) and each submit payment of $250.00 on admission, payable to the Clerk of the Court for the District of New Jersey;

5. Serrin Turner, Scott D. Joiner, and Bradley M. Baglien shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Civil

Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1, Discipline of Attorneys;

6. Serrin Turner, Scott D. Joiner, and Bradley M. Baglien shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Contingency Fee Rule 1:21-7, as amended; and

7. Serrin Turner, Scott D. Joiner, and Bradley M. Baglien shall have all pleadings, briefs, and other papers submitted to the Court in this matter filed by Kevin M. McDonough or another attorney of Latham & Watkins LLP who is admitted in good standing to practice before this Court pursuant to Local Civil Rule 101.1(c)(4).

*Harvey Bartle III*
Honorable Harvey Bartle, III
United States District Judge