UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY CORPORATION
et al.

Plaintiff(s).

**v.**

COSTAR GROUP, INC. et al

Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No.  **1:24-cv-04111-HB**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1.  An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.  If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Kevin M. McDonough
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name:  Scott D. Joiner

Address:  Latham & Watkins LLP

505 Montgomery Street

Suite 2000

San Francisco, CA 94111

E-mail:  scott.joiner@lw.com

(One email address only)