UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY CORPORATION et al.

    Plaintiff(s),

v.

COSTAR GROUP, INC. et al

    Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 1:24-cv-04111-HB

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

    /s/ Kevin M. McDonough
    Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Bradley M. Baglien

Address: Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004

E-mail: bradley.baglien@lw.com

(One email address only)

DNJ-CMECF-002