```
               IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY


ATLAS DATA PRIVACY                :       CIVIL ACTION
CORPORATION, et al.               :
                                  :
         v.                       :
                                  :       NO. 24-3993
BLACKBAUD, INC., et al.           :
_____

ATLAS DATA PRIVACY                :       CIVIL ACTION
CORPORATION, et al.               :
                                  :
         v.                       :
                                  :       NO. 24-3998
WHITEPAGES, INC., et al.          :
_____

ATLAS DATA PRIVACY                :       CIVIL ACTION
CORPORATION, et al.               :
                                  :
         v.                       :
                                  :       NO. 24-4000
HIYA, INC., et al.                :
_____

ATLAS DATA PRIVACY                :       CIVIL ACTION
CORPORATION, et al.               :
                                  :
         v.                       :
                                  :       NO. 24-4073
COMMERCIAL REAL ESTATE            :
EXCHANGE, INC., et al.            :
_____

ATLAS DATA PRIVACY                :       CIVIL ACTION
CORPORATION, et al.               :
                                  :
         v.                       :
                                  :       NO. 24-4077
CARCO GROUP INC., et al.          :
_____
```

-2-

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4095 |
| TWILIO INC., et al. | : | |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4104 |
| 6SENSE INSIGHTS, INC., et al. | : | |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4105 |
| LIGHTBOX PARENT, L.P., et al. | : | |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4106 |
| SEARCH QUARRY, LLC, et al. | : | |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4107 |
| ACXIOM, LLC, et al. | : | |

___

-3-

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| ENFORMION, LLC, et al. | : | NO. 24-4110 |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4111 |
| COSTAR GROUP, INC., et al. | : | |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4112 |
| ORACLE INTERNATIONAL CORPORATION, et al. | : | |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4113 |
| RED VIOLET, INC., et al. | : | |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4114 |
| RE/MAX, LLC, et al. | : | |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4168 |
| EPSILON DATA MANAGEMENT, LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4171 |
| PEOPLE DATA LABS, INC., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4175 |
| CLARITAS, LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4181 |
| DATA AXLE, INC., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4182 |
| REMINE INC., et al. | : | |

-5-

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4184 |
| LUSHA SYSTEMS, INC, et al. | : | |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4217 |
| TELTECH SYSTEMS, INC., et al. | : | |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4227 |
| PEOPLECONNECT, INC., et al. | : | |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4230 |
| CORELOGIC, INC., et al. | : | |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4233 |
| BLACK KNIGHT TECHNOLOGIES, LLC, et al. | : | |

___

-6-

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| THOMSON REUTERS CORPORATION, et al. | : : : | NO. 24-4269 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| CHOREOGRAPH LLC, et al. | : : : | NO. 24-4271 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| TRANSUNION, LLC., et al. | : : : | NO. 24-4288 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| EQUIFAX INC., et al. | : : : | NO. 24-4298 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| SPOKEO, INC., et al. | : : : | NO. 24-4299 |

```
ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.             :
                                :
                                :
        v.                      :
                                :        NO. 24-4354
TELNYX LLC, et al.              :
```

```
ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.             :
                                :
                                :
        v.                      :
                                :        NO. 24-4392
MYHERITAGE, LTD., et al.        :
```

```
ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.             :
                                :
                                :
        v.                      :
                                :        NO. 24-4442
WILAND, INC., et al.            :
```

```
ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.             :
                                :
                                :
        v.                      :
                                :        NO. 24-4447
ATDATA, LLC, et al.             :
```

```
ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.             :
                                :
                                :
        v.                      :
                                :        NO. 24-4571
PRECISELY HOLDINGS, LLC,        :
et al.                          :
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4696 |
| OUTSIDE INTERACTIVE, INC. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4770 |
| VALASSIS DIGITAL CORP., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4850 |
| THE LIFETIME VALUE CO. LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-5334 |
| FIRST AMERICAN FINANCIAL CORPORATION, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-6160 |
| LEXISNEXIS RISK DATA MANAGEMENT, LLC, et al. | : | |

ORDER

AND NOW, this 3rd day of June, 2024, after a status conference with counsel and extensive review of Defendants' requested discovery on the issue of subject matter jurisdiction, it is hereby ORDERED that:

(1) Plaintiffs, on or before June 24, 2024, shall produce the following non-privileged documents to Defendants in the above actions:

(a) All versions of the Atlas Daniel's Law Service Terms that were provided to the assignors from January 1, 2023 through the date of the last filed complaint and that include the provisions for all non-disclosure requests at issue in these actions and the assignment provision for all assignments at issue in the pending motions to remand.

(b) Agreements referenced in the above Atlas Daniel's Law Service Terms that apply to the assignors, including:

(i) All versions of the Atlas Privacy Policy that were provided to assignors from January 1, 2023 through the date of the last filed complaint; and

(ii) All versions of the Atlas Service Terms that were provided to the assignors from

January 1, 2023 through the date of the last filed complaint.

(c) All versions of templates for the Assignment Confirmation that were provided to the assignors from January 1, 2023 through the date of the last filed complaint, including all assignments to Atlas at issue in the pending consolidated motion to remand.

(d) Contracts between Atlas and law enforcement unions/associations based in New Jersey as well as related communications that specifically mention subject matter jurisdiction or the Class Action Fairness Act.

(e) A list unique to each Defendant in the above actions of all Covered Persons who received a written Assignment Confirmation regarding assignment of their claims against that Defendant, including:

(i) the name of the Covered Person,

(ii) the type of occupation or relationship covered by Daniel's Law,

(iii) the date of the Assignment Confirmation, and

(iv) the personal information included in the non-disclosure requests that those Covered Persons transmitted to that specific Defendant.

-10-

>  For Defendants with multiple websites, Plaintiffs will provide a list for each site.
>
>  (f)  Documents in Atlas's possession concerning the citizenship of any such Defendant as related to subject matter jurisdiction (excluding basic contact information).
>
>  (g)  Documents in Atlas's possession concerning the subject matter jurisdiction of the court.

(2)  Plaintiffs, on or before July 31, 2024, shall produce a witness under Rule 30(b)(6) of the Federal Rules of Civil Procedure prepared to discuss the following topics:

>  (a)  Documents produced in response to this court order as long as the questions are relevant to subject matter jurisdiction.
>
>  (b)  Atlas's interest in the Daniel's Law rights being asserted in the actions prior to obtaining the assignments.
>
>  (c)  Atlas's decision to incorporate in the State of Delaware.
>
>  (d)  The process for the assignments to Atlas by the Covered Persons.
>
>  (e)  The assignments Atlas purportedly obtained from the Assignors, including but not limited to, when the assignments were obtained, how the assignments

were obtained, the number of assignments obtained and communications about the assignments.

(f) The services that Atlas provides to its users, including the Covered Persons.

(g) Whether there was any consideration by Atlas or any discussion by Atlas with any Covered Persons regarding whether the assignments would in any way impact the jurisdiction of the courts in any of these actions.

(h) Any participation or interest in the above-captioned actions by any purported Assignor.

(3) The parties shall promptly meet and confer to determine a fair mechanism for deposing Atlas's Rule 30(b)(6) witness. The deposition shall be limited to seven hours.

(4) The parties, on or before June 10, 2024, shall meet and confer regarding Plaintiffs' production of a privilege log. The parties shall report to the court on or before June 12, 2024 on the status of their discussions.

(5) Defendants, on or before August 30, 2024, shall file a consolidated brief in opposition to Plaintiffs' motions to remand. Such brief shall not exceed 55 pages.

(6) Any such Defendant that seeks to file an individual brief in opposition to the Motion of Plaintiffs to remand shall do so on or before September 6, 2024. It shall not

be repetitive of the consolidated brief.  The individual brief shall not exceed 25 pages.

      (7)  Plaintiffs, on or before September 30, 2024, shall file any reply brief.  The reply brief shall not exceed 35 pages.

BY THE COURT:


/s/ Harvey Bartle III
                     J.