**LATHAM & WATKINS LLP**
Kevin M. McDonough
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: kevin.mcdonough@lw.com

*Attorneys for Defendants CoStar Group, Inc.*
*and CoStar Realty Information, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as an assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement office, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>                    Plaintiffs,<br><br>     v.<br><br>COSTAR GROUP, INC., COSTAR REALTY INFORMATION, INC., RICHARD ROES 1-10, fictious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>                    Defendants. | Honorable Harvey Bartle, III<br><br>Case No. 1:24-cv-04111-HB<br><br>Motion Day: October 21, 2024<br><br>**MOTION FOR ADMISSION OF COUNSEL** *PRO HAC VICE* |

Pursuant to Rule 101.1(c) of the Local Rules for the United States District Court for the District of New Jersey, the undersigned attorney for Defendants CoStar Group, Inc., and CoStar Realty Information, Inc., (together, "Defendants")

moves before the United States District Court, District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, for entry of an Order allowing the admission *pro hac vice* of Samir Deger-Sen as counsel for Defendants in the above-captioned case.

Defendants shall rely on the accompanying Certifications of Kevin M. McDonough and Samir Deger-Sen in support of this motion. Oral argument is requested if opposition to this motion is filed. A proposed form of Order is submitted for the Court's convenience.

**WHEREFORE,** it is respectfully requested that the motion for admission of Samir Deger-Sen *pro hac vice* as counsel for Defendants in the above-captioned matter be granted.

Dated: September 17, 2024

    Respectfully submitted,

    **LATHAM & WATKINS LLP**

    <u>/s/ *Kevin M. McDonough*</u>
    Kevin M. McDonough
    1271 Avenue of the Americas
    New York, NY 10020
    Telephone: (212) 906-1200
    Email: kevin.mcdonough@lw.com

    *Attorneys for Defendants CoStar Group, Inc. and CoStar Realty Information, Inc.*