UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

                                        **DATE OF PROCEEDING**:    October 22, 2024

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**    SHARON RICCI

**TITLE OF CASE:**                    **DOCKET NO.:** 24-4111 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
COSTAR GROUP, INC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   HEARING ON [23] MOTION TO REMAND

Hearing on [23] Motion to Remand held on the record.
Motion taken under advisement.

                                        s/David Bruey
                                        Deputy Clerk

Time Commenced: 10:44a.m.    Time Adjourned: 10:48a.m.    Total Time in Court: 0:04